

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Marcial Falcon, DEFENDANT(S). | CASE NUMBER SACR 10-35-DOC ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _COURT / Defendant_, IT IS ORDERED that a detention hearing is set for _September 8_, 2015, at _2:00_ ☐a.m. / ☒p.m. before the Honorable _Jay C. Gandhi_, in Courtroom _6A_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _9/04/2015_

DOUGLAS F. McCORMICK
~~U.S. District Judge~~/Magistrate Judge